UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA

      Plaintiff,

   v.                                   ORDER

STEPHEN GEORGE MILJUS, EILEEN      Civil No.  06-1832-PK
JANE MILJUS, JOHN BRUNKO MILJUS,
THE ORGANIC ASSEMBLY OF THE
REMNANT IN YAHSHUA, STEVEN
GEORGE FAIR,

      Defendants.

HAGGERTY, Chief Judge:

    Magistrate Judge Papak referred to this court a Findings and Recommendation [119] in this action.  The Findings and Recommendation recommends that defendant Fair's Motion to Attach Real Property [96] be denied.

1     - ORDER

The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B).  *See also* Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pending motion and the underlying record.  No clear error appears on the face of the record.  The Findings and Recommendation is, therefore, adopted. Accordingly, defendant Fair's Motion to Attach Real Property [96] is DENIED, as described in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this  11  day of August, 2008.

                                                                   /s/ Ancer L. Haggerty
                                                                   Ancer L. Haggerty
                                                           United States District Judge